**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**



FILED
KENNETH J. MURPHY

90 APR 17 AM 10: 05

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. _____ |
| | : | |
| | : | |
| vs. | : | **I N F O R M A T I O N** |
| | : | |
| | : | 26 U.S.C. § 7206(1) |
| PETER E. ROSE | : | |
| | | CR 1 90 - 044 |

- - - - - - - - - - - - - - - - -

Judge _____
Mag. _____
Journal _____
Motion # _____
Issue USA/pretrial
Card _____
N/S _____
Docketed _____

SPIEGEL, J.

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

That on or about the 1st day of May, 1987, in the Southern
District of Ohio, PETER E. ROSE, a resident of Cincinnati, Ohio,
did willfully make and subscribe an amended Income Tax Return
(Form 1040) for the year 1985, which was verified by a written
declaration that it was made under the penalties of perjury and
was filed with the Internal Revenue Service, which said amended
Income Tax Return he did not believe to be true and correct as to
every material matter in that the said amended Income Tax Return
reported that he had gross income of $33,500.00 from baseball
card shows, autographs, personal appearances, and memorabilia
sales, and no gross income from gambling, whereas, as he then and
there well knew and believed, that he had an additional gross
income of $95,168.00 from baseball card shows, autographs,
personal appearances and memorabilia sales and $11,309.90 from

1

gambling in the year in question.

**In violation of Title 26, United States Code, Section 7206(1).**

### COUNT 2

That on or about the 11th day of August, 1988, in the Southern District of Ohio, PETER E. ROSE, a resident of Cincinnati, Ohio, did willfully make and subscribe an Income Tax Return (Form 1040) for 1987, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said Income Tax Return he did not believe to be true and correct as to every material matter in that the said Income Tax Return reported that he had gross income of $18,000.00 from baseball card shows, personal appearances, autographs and memorabilia sales and no income from gambling, whereas, as he then and there well knew and believed, that he had additional gross income of $171,552.60 from baseball card shows, personal appearances, autographs and memorabilia sales and $13,823.00 from gambling in the year in question.

**In violation of Title 26, United States Code, Section 7206(1).**

**D. MICHAEL CRITES**
**United States Attorney**

2