UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
KENNETH J. MURPHY
CLERK

90 APR 17 AM 10:05

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. _____ |
| vs. | : | **UNITED STATES' MOTION TO SEAL INFORMATION** |
| PETER E. ROSE | : | CR 1 90 - 044 |

SPIEGEL, J.

The United States Attorney respectfully requests that this Information be kept sealed until the defendant enters his plea of guilty.

MEMORANDUM

The United States Attorney requests that the Clerk be ordered to seal the Information and accompanying Plea Agreement and not disclose its existence until the defendant enters his plea. Since neither the United States nor the defendant can respond to any inquiries from the press or other public groups prior to the actual plea of the defendant, much unfounded and unfair speculation could result. A statement of facts should

1

3

first be disclosed in open court to the judge taking the plea, with the defendant having the opportunity to respond without any prior media exposure.

Respectfully submitted,

D. MICHAEL CRITES
United States Attorney

WILLIAM E. HUNT    #0024951
Assistant U.S. Attorney
220 U.S. Post Office & Cthse.
100 East Fifth Street
Cincinnati, Ohio  45202
(513) 684-3711