UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

90 APR 17 AM 10: 06

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| UNITED STATES OF AMERICA | : | Criminal No. _____ |
| vs. | : | ORDER SEALING INFORMATION |
| PETER E. ROSE | : | CR 1 90- 044 |
| | | SPIEGEL, J |

Judge _____
Mag. _____
Journal _____
Motion # _____
Issue USA/pretrial
Card theft.
N/S _____
Docketed _____

IT IS HEREBY ORDERED that the Information and Plea Agreement herein be kept sealed until the defendant enters his plea of guilty. Until such time, the Clerk is directed to seal the Information and Plea Agreement, this Order, and the Motion of the United States, and no person shall disclose the existence of the Information until the time of said plea.

3-15-90
Date

CARL B. RUBIN, Chief Judge
United States District Court

1