FILED
KENNETH J. MURPHY
CLERK

90 APR 19 PM 3: 45

U.S. DISTRICT COURT
EASTERN DIST OHIO
WEST DIV CINCINNATI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| UNITED STATES OF AMERICA | : | Criminal No. CR-1-90-044 |
| | : | |
| vs | : | (Spiegel, J.) |
| | : | |
| PETER E. ROSE | : | O R D E R |

- - - - - - - - - - - - - - - - - -

By agreement of the parties, and upon good cause shown, that
being the public's interest in open court proceedings, it is
hereby ORDERED that the documents heretofore filed in the above
captioned case be and are hereby unsealed.

SO ORDERED.

4/19/90
Date

S. ARTHUR SPIEGEL, Judge
United States District Court

AGREED:

ROGER J. MAKLEY
Attorney for Defendant

D. MICHAEL CRITES
United States Attorney

William E. Hunt
Assistant U.S. Attorney