AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK
90 APR 20 AM 11: 36
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST DIV CINCINNATI

UNITED STATES OF AMERICA

V.

PETER EDWARD ROSE

## WAIVER OF INDICTMENT

CASE NUMBER: CR-1-90-044

(Spiegel, J.)

Indexed
Docketed
Journal
Motion
Issued
Card

I, __Peter Edward Rose__, the above named defendant, who is accused of filing false 1985 and 1987 Federal Income Tax Returns, in violation of 26 United States Code, Section 7206(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __April , 1990__ prosecution by indictment and consent that the
*Date*
proceeding may be by information rather than by indictment.

_____
Defendant  Peter Edward Rose

_____
Counsel for Defendant  Roger J. Makley

_____
Counsel for Defendant  Robert A. Pitcairn, Jr.

Before __SPIEGEL, J.__
*Judicial Officer*

