UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

FILED
KENNETH J. MURPHY
CLERK
90 APR 20 AM 11: 36
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

UNITED STATES OF AMERICA

Case No. CR-1-90-044

-vs-

Counsel: WILLIAM E. HUNT
Assistant U.S. Attorney

PETER EDWARD ROSE

ROGER J. MAKLEY
ROBERT A. PITCAIRN, JR.

Defendant(s)

✓ Waiver(s) of Indictment filed.   ✓ INFORMATION filed.

Continued for plea until _____

Defendant(s) is(are) ARRAIGNED and specifically advised of rights.
✓ Defendant waives reading of ~~Indictment~~ Information
✓ INFORMATION - ~~INDICTMENT~~ read. (SUMMARIZED)

Statement of ~~Agent~~ AUSA WM. E. HUNT

Defendant(s) pleads GUILTY to Counts  1 + 2
            NOT GUILTY to Counts _____
            NOLO CONTENDERE to Counts _____
✓ Plea(s) accepted by the Court.

___ Trial set for _____ Cont'd to _____
✓ for Change of Plea or Trial Setting.

✓ Referred to Probation Officer for Pre-Sentence Report.

Bond of  O.R. w/no Travel Restrictions  Cont'd ___  Set ✓

REMARKS:

Judge S. ARTHUR SPIEGEL
Deputy Clerk PAUL J. SCHULZ
Court Reporter SUSAN CREIGHTON
Date APRIL 20, 1990
Deputy Clerk Initials PS

7