# United States District Court
### FOR THE
### Southern District of Ohio

UNITED STATES OF AMERICA

v.

PETER E. ROSE

No. CR-1-90-44

FILED
KENNETH J. MURPHY
CLERK

90 JUL -2 PM 2: 06

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Judge 4812
Mag.
Journal
Motion # ✓
Issue ✓
Card
N/S
Docketed

**TAKE NOTICE** that the above-entitled case has been set for Sentencing at 10:00 a.m., on Thursday, July 19, 1990, at the United States Post Office and Courthouse Building, Room 842, 5th and Walnut Streets, Cincinnati, before the Honorable S. Arthur Spiegel.

Date July 2, 1990.

**Kenneth J. Murphy, Clerk**

By _Elizabeth Schaeffer_
Deputy Clerk.

To  Peter E. Rose          Robert A. Pitcairn, Jr., Esq.   Roger J. Makley, Esq.
    9180 Given Road        1400 Tri-State Building         600 IBM Building
    Cincinnati, Ohio 45243 432 Walnut Street               Dayton, Ohio 45402
                           Cincinnati, Ohio 45202

cc: Hon. S. Arthur Spiegel
    Office of the U.S. Attorney
    U.S. Marshals Service
    U.S. Probation Department

10