



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

90 JUL 20 PM 4:19

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES OF AMERICA          :

vs.                               :    No. CR-1-90-044

PETER EDWARD ROSE                 :

### O R D E R

The Court has been advised that the Ashland Federal Correctional Institution Camp will not be open by July 30, 1990, as originally reported to the Court by the Bureau of Prisons. We have also been advised by defense counsel that the defendant Peter Edward Rose wishes to start his sentence before August 10, 1990, as soon as he is released by his doctor, following surgery.

Accordingly, the Court is designating Mr. Rose to the Marion, Illinois Federal Correctional Institution Camp where he is to report as soon as he is released by his doctor. Mr. Rose's attorneys will advise the Court the date, before August 10, 1990, when the defendant is available to report to the camp.

SO ORDERED.

Dated: July 20, 1990

S. Arthur Spiegel
United States District Judge